In the Matter of the Claim of MARGARET McLELLAN, Respondent, against INTERNATIONAL PAPER COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted July 19, 1945; decided October 4, 1945.

*James W. Mallam* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.